IN THE COMMONWEALTH COURT OF PENNSYLVANIA

ChildFirst Services, Inc.,        :
          Petitioner        :
                                :
       v.                    :
                                :
Department of Human Services,    :   No. 681 C.D. 2021
          Respondent      :

O R D E R

AND NOW, this 8th day of June, 2022, it is ORDERED that the above-captioned opinion filed March 29, 2022, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____

ANNE E. COVEY, Judge